UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOTT SHUMATE,

      Plaintiff,

v.                              Case No:  2:21-cv-128-JLB-MRM

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation, recommending that the Commissioner of Social Security's Unopposed Motion for Entry of Judgment with Remand (Doc. 32) be granted.   (Doc. 33.)   No party has objected and the time to do so has expired.

A district judge may accept, reject, or modify a magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1).   In the absence of objections, a district judge is not required to review the factual findings in the report de novo, but legal conclusions are reviewed de novo even without an objection.   Id.; Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

After an independent review of the record, and noting the lack of any objection, the Court agrees with the well reasoned Report and Recommendation.

Accordingly, it is **ORDERED**:

1.    The Report and Recommendation (Doc. 33) is **ADOPTED** and made a

      part of this Order for all purposes.

2.    The Commissioner's Unopposed Motion for Entry of Judgment with

      Remand (Doc. 32) is **GRANTED**.

3.    The decision of the Commissioner is **REVERSED** and this case is

      **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further

      administrative action and proceedings as follows:

      Upon receipt of the court order, the Appeals Council will
      instruct the administrative law judge (ALJ) to obtain
      vocational expert (VE) testimony to determine if an
      individual with Plaintiff's vocational profile and residual
      functional capacity can perform other jobs in significant
      numbers in the national economy; before relying on VE
      testimony, the ALJ shall resolve any apparent conflicts
      posed by the Dictionary of Occupational Titles and the VE
      testimony; and the ALJ shall also offer Plaintiff an
      opportunity for a new hearing and shall issue a new
      decision.

4.    Plaintiff is instructed that any application for fees, costs, or expenses

      must comply with the Court's Standing Order on Management of

      Social Security Cases, In re Administrative Orders of the Chief Judge,

      No. 3:21-mc-1-TJC, Doc. 43 (Dec. 7, 2021).

5.    The Clerk is **DIRECTED** to enter judgment accordingly, terminate

      any pending motions and deadlines, and close the file.

**ORDERED** at Fort Myers, Florida, on March 31, 2022.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE